**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KPM Investment O, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3506999 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6370 Shannon Parkway | |
| Number        Street | Number        Street |
| | P.O. Box |
| Union City            GA      30291 | |
| City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number        Street |
| | City                State        ZIP Code |

5. **Debtor's website** (URL)    None

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor    KPM Investment O, LLC      Case number *(if known)*_____
       Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.   District Northern District of (   When 12/06/2016   Case number 16-71790
                             MM / DD / YYYY
          District Northern District of (   When 12/05/2016   Case number 16-71783
                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                             MM / DD / YYYY
         Case number, if known _____

| Debtor | KPM Investment O, LLC | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number        Street

_____

_____
         City         State         ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor   KPM Investment O, LLC

Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**█ Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/25/2024
MM / DD / YYYY

✘ /s/ Isaac Perlmutter                          Isaac Perlmutter
Signature of authorized representative of debtor      Printed name

Title  Authorized Representative

---

**18. Signature of attorney**

✘ /s/ William Rountree                     Date  03/25/2024
Signature of attorney for debtor                  MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta                                    GA        30329
City                                       State     ZIP Code

404-584-1238                               wrountree@rlkglaw.com
Contact phone                              Email address

616503                                     GA
Bar number                                 State

---

Debtor _____   Case number *(if known)* _____

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 201

**9) Prior Bankruptcies**

| | | |
|---|---|---|
| **Northern District of Georgia** | 12/05/2016 | 16-71787 |
| **Northern District of Georgia** | 12/05/2016 | 16-71788 |
| **Northern District of Georgia** | 12/05/2016 | 16-72175 |

**Fill in this information to identify the case:**

Debtor name ___KPM Investment O, LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DeKalb County Utility Customer Operations 774 Jordan Lane Ste 200 Decatur, GA, 30033 | | Utility Services | | | | 221,509.17 |
| 2 | Findlay Roofing 4181 Jvl Industrial Park Dr Marietta, GA, 30066 | | Suppliers or Vendors | | | | 57,685.67 |
| 3 | Clayton County Water Authority 1600 Battle Creek Road Morrow, GA, 30260 | | Utility Services | | | | 35,903.46 |
| 4 | Georgia Power 96 Annex Atlanta, GA, 30396-0000 | | Utility Services | | | | 35,504.06 |
| 5 | City of Union City Utility Division 5047 Union Street Union City, GA, 30291 | | Utility Services | | | | 26,367.28 |
| 6 | DeKalb County Sanitation Division 3720 Leroy Scott Drive Decatur, GA, 30032 | | Utility Services | | | | 20,635.07 |
| 7 | DeKalb County Sanitation Division 3720 Leroy Scott Drive Decatur, GA, 30032 | | Utility Services | | | | 19,817.53 |
| 8 | Cruikshank Ersin LLC 6065 Roswell Road Ste. 680 Atlanta, GA, 30328 | | Services | | | | 15,365.50 |

Debtor    KPM Investment O, LLC

Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Seasonal Solution Landscaping 3446 Lake Drive SE Smyrna, GA, 30082-2815 | | Services | | | | 14,166.00 |
| 10 | Allegiance Termite & Pest Management PO Box 390818 Snellville, GA, 30039 | | Suppliers or Vendors | | | | 12,168.00 |
| 11 | Eugene Landscaping 1621 Hallmark Drive Griffin, GA, 30223 | | Services | | | | 12,000.00 |
| 12 | Elsner's Superior Flooring 1800 Wilson Way Smyrna, GA, 30082 | | Suppliers or Vendors | | | | 11,608.05 |
| 13 | Grace P&M 3955 Berkeley View Drive Duluth, GA, 30096 | | Suppliers or Vendors | | | | 10,465.00 |
| 14 | Elsner's Superior Flooring 1800 Wilson Way Smyrna, GA, 30082 | | Suppliers or Vendors | | | | 6,185.28 |
| 15 | Republic Services PO BOX 9001099 Louisville, KY, 40290-1099 | | Utility Services | | | | 6,109.25 |
| 16 | Lomas Cleaning & Restoration 330 Fieldstone Lane Covington, GA, 30016 | | Suppliers or Vendors | | | | 5,205.21 |
| 17 | Fongie McGhee 6370 Shannon Parkway Unit 807 Union City, GA, 30291 | | | | | | 4,450.00 |
| 18 | Cooks Pest Control PO Box 229 Rex, GA, 30273-0229 | | Suppliers or Vendors | | | | 3,434.50 |
| 19 | LCS 9140 Waterstone Blvd Cincinnati, OH, 45249 | | Suppliers or Vendors | | | | 2,856.00 |
| 20 | Antione Loyal 1975 Rambling Drive Atlanta, GA, 30315 | | Suppliers or Vendors | | | | 2,600.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ KPM Investment O, LLC _____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/25/2024__         ✖ /s/ Isaac Perlmutter
        MM / DD / YYYY              _____
                                    Signature of individual signing on behalf of debtor

                                    Isaac Perlmutter
                                    _____
                                    Printed name

                                    Authorized Representative
                                    _____
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

ADT
PO Box 371878
Pittsburgh, PA 15250

Allegiance Termite & Pest Management
PO Box 390818
Snellville, GA 30039

AmRent
250 E. Broad Street
Columbus, OH 43215

Antione Loyal
1975 Rambling Drive
Atlanta, GA 30315

Arrow Waste
304 Carnegie Center Drive
Princeton, NJ 08540

BMGA Properties Corp
6370 Shannon Parkway
Union City, GA 30291

Central Georgia EMC
923 South Mulberry Street
Jackson, GA 30233-2398

City of Griffin
PO Box C

City of Union
5047 Union Street
Union City, GA 30291

City of Union
City Utility Division
5047 Union Street
Union City, GA 30291

Clayton County Water Authority
1600 Battle Creek Road
Morrow, GA 30260

Club Holdings LLC
501 Prospect Street 90A
Lakewood, NJ 08701

Comcast Business
PO Box 530098
Atlanta, GA 30353-0098

Cooks Pest Control
PO Box 229
Rex, GA 30273-0229

Corevest American Finance Lender, LLC
c/o Situs Holdings, LLC|Christopher D. Cimino
2 Embarcadero Ctr 8th Fl
San Francisco, CA 94111

Cruikshank Ersin LLC
6065 Roswell Road
Ste. 680
Atlanta, GA 30328

Curtis Romig, Esq.
Bryan Cave | One Atlantic Center
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471

DeKalb County Sanitation Division
3720 Leroy Scott Drive
Decatur, GA 30032

DeKalb County Utility
Customer Operations
774 Jordan Lane Ste 200
Decatur, GA 30033

Dye Masters Group Inc.
PO Box 1825
Decatur, GA 30031

Elite Flooring
PO Box 117525

Elsner's Superior Flooring
1800 Wilson Way
Smyrna, GA 30082

Eugene Landscaping
1621 Hallmark Drive
Griffin, GA 30223

Eugene Matthews
1621 Hallmark Drive
Griffin, GA 30223

Findlay Roofing
4181 Jvl Industrial Park Dr
Marietta, GA 30066

Fongie McGhee
6370 Shannon Parkway
Unit 807
Union City, GA 30291

Fortiline Waterworks
1045 Post Way
Jonesboro, GA 30238

Garden Gate Apartments, LLC
6370 Shannon Parkway Unit 101
Union City, GA 30291

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Power
96 Annex
Atlanta, GA 30396-0000

Grace P&M
3955 Berkeley View Drive
Duluth, GA 30096

Hariet C. Isenberg
Isenberg & Hewitt PC
600 Embassy Row Ste 150
Atlanta, GA 30328

Home Depot
PO Box 182676
Columbus, OH 43218-0000

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jaguar Services
620 Lynchburg Street
Hampton, GA 30228

LCS
9140 Waterstone Blvd
Cincinnati, OH 45249

Lomas Cleaning & Restoration
330 Fieldstone Lane
Covington, GA 30016

MRI Software
29596 Network Place
Chicago, IL 60673-1295

Nicholas Bedo, Esq.
Bryan Cave | One Atlantic Center
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471

Nikki-Nicole LLC/Select One Cleaning, LLC
2274 Salem Rd SE Ste 106-1299
Conyers, GA 30013

Real Floors Inc.
c/o Harriet C. Isenberg|Isenberg & Hewitt PC
600 Embassy Row Ste 150
Atlanta, GA 30328

Republic Services
PO BOX 9001099
Louisville, KY 40290-1099

Safe-T-Sales and Services
PO Box 511

Seasonal Solution Landscaping
3446 Lake Drive SE
Smyrna, GA 30082-2815

Signs USA
4123 W Hillsborough Ave
Ste A
Tampa, FL 33614

United States Bankruptcy Court

Northern District of Georgia

In re:  KPM Investment O, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____03/25/2024_____

/s/ Isaac Perlmutter
_____
Signature of Individual signing on behalf of debtor

Authorized Representative
_____
Position or relationship to debtor