

**IT IS ORDERED as set forth below:**

**Date: October 24, 2024**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KPM INVESTMENT O, LLC, *et al.,*[1] | Case No. 24-53073-PWB |
| Debtors. | (Jointly Administered) |

### ORDER TERMINATING AND PROHIBITING DEBTORS' FURTHER USE OF CASH COLLATERAL

This matter came before the Court on October 16, 2024 for hearing (the "Hearing") on the *Emergency Motion to Terminate and Prohibit Further Use of Cash Collateral* [Docket No. 151] (the "Termination Motion") filed by secured creditor Wilmington Trust, National Association, as Trustee for the Benefit of the Holders of Corevest American Finance 2021-2 Trust Mortgage Pass-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: KPM Investment O, LLC (6999) and KPM Investment B, LLC (0596)

Through Certificates ("Lender"). The Hearing was twice continued to October 17 and then October 21, 2024. Prior to the Hearing, the Court had authorized Debtors to use Cash Collateral pursuant to a series of interim orders [ECF Nos. 35, 50, 80 and 108] (collectively, the "Interim Cash Collateral Orders").[2] Upon consideration of the Termination Motion, representations of counsel and the Debtors at the Hearing, and all other matters of record; and it appearing that this Court has jurisdiction to consider the Termination Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Termination Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Termination Motion is appropriate; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Termination Motion is GRANTED.

2. Debtors' prior authorization to use Cash Collateral is terminated and revoked.

3. Debtors are prohibited from using Cash Collateral for any purpose absent authorization by the Court pursuant to separate and further order.

4. Debtors shall provide Lender weekly reports detailing the status of Cash Collateral held by the Debtors, including but not limited to Debtors' current bank account balances and all rents and other incomes derived from the Properties collected during the weekly reporting period. Debtors shall provide the first weekly report for the week beginning October 20, 2024 to Lender

---

[2] Capitalized terms not otherwise defined are intended to have the meaning set forth in the Termination Motion or the Interim Cash Collateral Orders.

by 5:00 p.m. (prevailing Eastern time) on October 28, 2024, and shall provide each subsequent weekly report by the immediate following Monday at 5:00 p.m. (prevailing Eastern time).

5. Debtors shall provide all outstanding budget variance reports, including the September 2024 budget variance report, due under the Interim Cash Collateral Orders to Lender by or before 5:00 p.m. (prevailing Eastern time) on October 28, 2024.

6. The Debtors may seek reinstatement of the use of Cash Collateral upon compliance with the adequate protection payment and reporting requirements under the Interim Cash Collateral Orders.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

### END OF ORDER ###

**Prepared and presented by:**

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (admitted *pro hac vice*)
One Wells Fargo Center
301 South College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone: (704) 749-8965
Facsimile:  (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel to Wilmington Trust, National Association,*
*as Trustee for the Benefit of the Holders of Corevest*
*American Finance 2021-2 Trust Mortgage Pass-Through Certificates*

**Distribution List**

Jarret P. Hitchings
Bryan Cave Leighton Paisner LLP
One Wells Fargo Center
301 South College Street, Suite 2150
Charlotte, North Carolina 28202

William A. Rountree
Caitlyn Powers
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 24-53073-pwb
KPM Investment O, LLC  Chapter 11
KPM Investment B, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: bncadmin  Page 1 of 2
Date Rcvd: Oct 24, 2024  Form ID: pdf455  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KPM Investment O, LLC, 8603 Beach Channel Dr., Far Rockaway, NY 11693-1695 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name**  **Email Address**

Alan Hinderleider
    on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov

Caitlyn Powers
    on behalf of Debtor KPM Investment B  LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;jdowardclay@rlkglaw.com

Caitlyn Powers
    on behalf of Debtor KPM Investment O  LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;jdowardclay@rlkglaw.com

Caitlyn Powers
    on behalf of JointAdmin Debtor KPM Investment B  LLC cpowers@rlkglaw.com, swenger@rlkglaw.com;emiller@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;willgeer@ecf.courtdrive

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: pdf455 | Total Noticed: 1 |

.com;2836@notices.nextchapterbk.com;jdowardclay@rlkglaw.com

Christian James Crowder-Bromley
    on behalf of Creditor Wilmington Trust National Association christian.bromley@bclplaw.com, christian-bromley-7106@ecf.pacerpro.com

Ian M. Falcone
    on behalf of Creditor City Of Union City legalassistant@falconefirm.com

Jarret Paul Hitchings
    on behalf of Creditor Wilmington Trust National Association jarret.hitchings@bclplaw.com

Patrick M. Sneed
    on behalf of Creditor Seasonal Solution Inc. psneed@dpsslegal.com

Richard Crowson
    on behalf of Creditor Onsite Property Solutions LLC rick@isenberg-hewitt.com, lillie@isenberg-hewitt.com

Richard Crowson
    on behalf of Creditor Grace P&M LLC rick@isenberg-hewitt.com, lillie@isenberg-hewitt.com

Richard Crowson
    on behalf of Creditor Elsner's Superior Flooring Inc. rick@isenberg-hewitt.com, lillie@isenberg-hewitt.com

Richard Crowson
    on behalf of Creditor Real Floors Inc. rick@isenberg-hewitt.com, lillie@isenberg-hewitt.com

Robert D. Schwartz
    on behalf of Creditor WDS Eviction Service LLC bobschwartzlaw@aol.com, Schwartz.RobertD.B126089@notify.bestcase.com

William A. Rountree
    on behalf of JointAdmin Debtor KPM Investment B LLC wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;tdaniel@rlkglaw.com

William A. Rountree
    on behalf of Debtor KPM Investment O LLC wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;tdaniel@rlkglaw.com

William A. Rountree
    on behalf of Debtor KPM Investment B LLC wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;tdaniel@rlkglaw.com

TOTAL: 16