

**IT IS ORDERED as set forth below:**

**Date: December 11, 2024**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

KPM INVESTMENT O, LLC, et al.,

Debtors.[1]

CASE NO. 24-53073-PWB

CHAPTER 11

Jointly Administered

### ORDER OF DISMISSAL

On December 4, 2024, the Court entered an Order setting forth deadlines for

plan funding and the filing of a notice stating that that the plan funding did or did not

occur by the deadline. [Doc. 169].  The Order further provides that if the Debtor failed

to comply with the funding deadline of December 9, 2024 at 5:00 p.m. or Debtor's

counsel failed to file a notice regarding funding compliance by December 10, 2024 at

---

[1] The following chapter 11 cases are jointly administered pursuant to the Joint Administration
Order: Case No. 24-53073-PWB and Case No. 24-53226-PWB.

10:00 a.m., "the Debtors' chapter 11 bankruptcy cases shall be dismissed without further notice or a hearing." [Doc. 169, ¶ 3].   On December 10, 2024, Debtor's counsel filed a notice stating that his firm "has not received the Plan Funding." [Doc. 174, ¶ 3].   Consequently, in accordance with paragraph 3 of the December 4, 2024 Order, it is

ORDERED that the jointly administered cases of KPM Investment O, LLC, 24-53073-PWB, and KPM Investment B, LLC, 24-53226-PWB, are dismissed.  The Clerk is directed to docket a copy of this Order in each case.

**END OF ORDER**

**Distribution List**

Jarret Paul Hitchings
Bryan Cave Leighton Paisner, LLP
One Wells Fargo Center, Suite 2150
301 S. College Street
Charlotte, NC 28202

Caitlyn Powers
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

And all creditors and parties in interest